**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

EDUARDO LOPEZ HERNANDEZ,

    *Petitioner*,

v.

PAMELA BONDI, et al.

    *Respondents*.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:26-cv-00038-JMD

## ORDER DISMISSING PETITION

Eduardo Lopez Hernandez, who is detained by immigration authorities, seeks a writ compelling the Federal Government to grant him a bond hearing.  The petition is denied for the reasons stated in *Mejia Olalde v. Noem*, No. 1:25-cv-00168-JMD, 2025 WL 3131942 (E.D. Mo. Nov. 10, 2025), and *Suarez v. Noem*, No. 1:25-cv-00202-JMD, 2025 WL 3312168 (E.D. Mo. Nov. 28, 2025).  *See also Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026).

**IT IS HEREBY ORDERED** that Hernandez's petition for a writ of habeas corpus, ECF 1, is **DENIED**.  The Clerk of the Court shall serve a copy of the petition and this order on the respondents.

    Dated this 18th day of February, 2026

_____
JOSHUA M. DIVINE
UNITED STATES DISTRICT JUDGE

1